IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 3 0 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00617-BNB

RONALD PAUL McGEHEE,

     Plaintiff,

v.

DURANGO MOUNTAIN RESORT,

     Defendant.

---

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Ronald Paul McGehee, initiated this action by filing *pro se* a Title VII Complaint. The court must construe the complaint liberally because Mr. McGehee is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. McGehee will be ordered to file an amended complaint.

The court has reviewed the Title VII Complaint and has determined that the complaint is deficient because it does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989).

The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. McGehee fails to set forth a short and plain statement of the grounds for the court's jurisdiction. The court's Title VII Complaint form that Mr. McGehee completed and filed in this action asserts jurisdiction pursuant to Title VII of the Civil Rights Act of 1964. However, Mr. McGehee does not assert any claims pursuant to Title VII because he does not allege that he suffered employment discrimination on the basis of his race, color, religion, sex, or national origin. *See* 42 U.S.C. § 2000e-2(a)(1). Instead, Mr. McGehee complains that he was wrongfully terminated from his job based on his age and a disability and in retaliation for having opposed discriminatory conduct. Although it appears that the court has jurisdiction over these claims pursuant to the Age Discrimination in Employment Act, 29 U.S.C. §§ 621-34, and the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213, Mr. McGehee does not specifically assert jurisdiction pursuant to either of those acts.

2

Mr. McGehee also fails to provide a short and plain statement of his claims showing that he is entitled to relief. Mr. McGehee has attached a copy of an administrative Charge of Discrimination he filed that describes the factual basis for his claims of age and disability discrimination. However, Mr. McGehee fails to set forth specific facts to support his retaliation claim. Finally, Mr. McGehee fails to include a demand for the relief he is seeking in this action. Therefore, Mr. McGehee will be ordered to file an amended complaint. Accordingly, it is

ORDERED that Mr. McGehee file, **within thirty (30) days from the date of this order**, an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. McGehee, together with a copy of this order, two copies of the following form: Complaint. It is

FURTHER ORDERED that, if Mr. McGehee fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED April 30, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00617-BNB

Ronald Paul McGehee
29164 Hwy 160 East
Durango, CO 81303

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on 4/30/08

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk