IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00617-BNB

RONALD PAUL McGEHEE,

Plaintiff,

v.

DURANGO MOUNTAIN RESORT,

Defendant.

---

### ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED May 30, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00617-BNB

Ronald Paul McGehee
29164 Hwy 160 East
Durango, CO 81303

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/30/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk