IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00617-REB-BNB

RONALD PAUL McGEHEE,

Plaintiff,

v.

DURANGO MOUNTAIN RESORT,

Defendant.

## ORDER

This matter is before me on a handwritten motion submitted by the plaintiff *pro se*, hereafter referred to as the Motion [Doc. # 15, filed 8/29/2008]. The Motion appears to request leave to amend the complaint and a continuance to allow the plaintiff an opportunity to retain counsel. This morning I was informed that the plaintiff has retained counsel.

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE to be renewed, if appropriate, by the plaintiff's counsel.

Dated September 11, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge