IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00617-REB-BNB

RONALD PAUL McGEHEE,

    Plaintiff,

v.

DURANGO MOUNTAIN RESORT,

    Defendant.

# AMENDED
# ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter is before me *sua sponte*. The court entered its **Order of Reference To United States Magistrate Judge** [#9] on June 3, 2008, as all motions referral for plaintiff was representing himself in this case. Plaintiff then obtained counsel, and a **Notice of Entry of Appearance** [#18] was filed on September 11, 2008. This case is now being referred to the magistrate judge for non-dispositive matters. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Boyd N. Boland is designated to conduct proceedings in this civil action as follows:

    (X)    Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

    (X)    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

    (X)    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    (X)    Hear and determine pretrial matters, including discovery and other non-dispositive motions.

    ( )    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X)   Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

**The parties are directed to my Pretrial and Trial Procedures available in the Clerk's office or on the court's website: www.cod.uscourts.gov . These govern all proceedings in my court and indicate what my expectations are.**

Dated October 10, 2008, at Denver, Colorado.

                            **BY THE COURT:**

                            **s/ Robert E. Blackburn**
                            **Robert E. Blackburn**
                            **United States District Judge**