IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00617-REB-BNB

RONALD PAUL MCGEHEE,

Plaintiff,

v.

DURANGO MOUNTAIN RESORT,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion for Leave to File Amended Complaint and Jury Demand** [docket no. 31, filed October 31, 2008] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the Amended Complaint, now docketed as number 32.


DATED:  November 4, 2008