IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00617-REB-BNB

RONALD PAUL MCGEHEE,

Plaintiff,

v.

DURANGO MOUNTAIN RESORT,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Renewed Motion for Extension of Discovery Cut-off to Conduct One Deposition** [docket no. 56, filed April 17, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including April 30, 2009, for the **SOLE** purpose of allowing the parties to conduct the deposition of Leo Garand.

DATED:  April 20, 2009