IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  08-cv-00617-REB-BNB

RONALD PAUL McGEHEE,

Plaintiff,

v.

DURANGO MOUNTAIN RESORT,

Defendant.

_____

## ORDER

_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **May 13, 2009**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 22, 2009.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge