**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00617-REB-BNB

RONALD PAUL McGEHEE,

    Plaintiff,

v.

DURANGO MOUNTAIN RESORT,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulated Motion For Dismissal With Prejudice** [#60] filed May 11, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion For Dismissal With Prejudice** [#60] filed May 11, 2009, is **GRANTED**;

2. That the Trial Preparation Conference set for June 26, 2009, is **VACATED**;

3. That the jury trial set to commence July 20, 2009, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

      5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated May 11, 2009, at Denver, Colorado.

      BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge